ACCEPTED
03-13-00302-CR
5729212
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/18/2015 12:01:34 PM
JEFFREY D. KYLE
CLERK

**RICHARD E. WETZEL**
ATTORNEY AT LAW

1411 WEST AVENUE, SUITE 100
AUSTIN, TX 78701
(512) 469-7943

Board Certified Criminal Law
And Criminal Appellate Law by
The Texas Board of Legal Specialization

(512) 474-5594 fax
wetzel_rick@msn.com
www.TexasCriminalAppealsLawyer.com

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/18/2015 12:01:34 PM
JEFFREY D. KYLE
Clerk

June 18, 2015

Jeffrey Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, TX
78711-2547

Re: Gamez v. State, No. 03-13-00302-CR, in the Third Court of Appeals

Dear Clerk Kyle:

I have complied with TEX. R. APP. P. 48.4. A copy of the return receipt from the letter I sent to Mr. Gamez on June 11, 2015, is attached. Thank you for your attention and cooperation in this matter.

Sincerely,

/s/ Richard E. Wetzel
Richard E. Wetzel
Attorney at Law

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☒ Agent ☐ Addressee

B. Received by (Printed Name)  _Dorsey_    C. Date of Delivery  6/16/15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

mario Gamez
1850754
2661 Fm 2054
Tennessee Colony, TX
75884

3. Service Type
☒ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)  7015 0640 0006 9757 7246

PS Form 3811, July 2013     Domestic Return Receipt

7015 0640 0006 9757 7246

**U.S. Postal Service™**
**CERTIFIED MAIL® REC**
Domestic Mail Only

For delivery information, visit our website

OFFICIAL

Certified Mail Fee
$ 2.75

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage
$ 1.86

Total Postage and Fees
$

Sent To  mario Gau
Street and Apt. No., or PO Box No.  Coffield Uni
City, State, ZIP+4  Tennessee Co

ZIP 78701
041110240256

$000.00

PS Form 3800, April 2015